UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:10-CR-93-1D(4)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| Henry Daye II | ) |

ORDER

The government has filed the present motion to dismiss the indictment in the above-captioned matter pursuant to Fed. R. Crim. P. 48(a) due to exculpatory evidence developed during the course of the proceedings. For good cause having been shown, the motion is GRANTED and the indictment is HEREBY dismissed.

SO ORDERED this **30** day of March 2011.

_____
JAMES C. DEVER III
United States District Judge